UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION                        JS-6

| | |
|---|---|
| Dawn Pounds,<br><br>                        Plaintiff,<br><br>        v.<br><br>Nationstar Mortgage, LLC ,<br><br>                       Defendant. | EDCV 16-391-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   4/1/16

                                          Virginia A. Phillips
                                        United States District Judge